O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-5753 AHM (x) | Date | July 1, 2009 |
| Title | RON CROSS v. ROADWAY EXPRESS, INC., et al. | | |

**Present: The Honorable** A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

      Plaintiff's *Ex Parte* Application to Continue Pretrial and Trial Dates is GRANTED in part and DENIED in part. The first day of trial is continued to March 2, 2010, and all other dates are continued according to the Court's presumptive schedule (see attached Exhibit A).

      The Court also ORDERS that this case be stayed (with the exception of the agreement between the parties to depose Cross's expert witness after the June 22, 2009 deadline) until February 2, 2010, the deadline for submitting various pre-trial documents. The Court Clerk will take this case off the active case list until that date.

                                                                             Initials of Preparer   SMM

**JUDGE A HOWARD MATZ**
**AMENDED SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Present Dates | Requested Dates | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (~~court~~) Estimated length: 5 days | 8:00 a.m. | | | | 3/2/10 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | - 1 | | | N/A |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. | - 2 | | | 2/16/10 |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | - 4 | | | 2/2/10 |
| Last day for hand-serving Motions in Limine | | - 6 | | | — |
| Last Day to Meet Before Final Pretrial Conference (L.R. 16-2) | | - 8 | | | |
| Last day for hearing motions | 10:00 a.m. | - 8 | | | |
| Last day for hand-serving motions and filing (other than Motions in Limine) | | - 12 | | | |
| Non-expert Discovery cut-off | | - 14 | | | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

L.R. 16-14 Settlement Choice:    (1) CT/USMJ    (2) Atty    (3) Outside ADR

| | | | | | |
|---|---|---|---|---|---|
| Expert discovery cut-off | | - 6 | | | |
| Rebuttal Expert Witness Disclosure | | - 9 | | | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | - 13 | | | |
| Last day to conduct Settlement Conference | | | | | |
| Last Day to Amend Pleadings or Add Parties | | | | | |

# EXHIBIT A