JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CROSS, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>ROADWAY EXPRESS, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>         Defendant. | Case No.  CV 07-5753 AHM (JCx)<br><br>**JUDGMENT**<br><br>Trial Date:          March 9, 2010<br>Time:                 1:00 p.m.<br>Courtroom:        14<br><br>Action Filed:     August 10, 2007 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

502786421.1

1         This action came on regularly for trial on March 9, 2010, before the

2    Honorable A. Howard Matz, District Judge, plaintiff Ron Cross appearing by

3    attorney Don S. Lemmer of The Lemmer Law Firm and defendant Roadway

4    Express, Inc., now known as YRC Inc., appearing by attorneys Margaret Rosenthal

5    and Joseph L. Chairez of Baker & Hostetler LLP, and a jury trial having been duly

6    waived. The Court having heard the testimony and considered the evidence, and

7    having made Findings of Fact and Conclusions of Law, enters the following

8    judgment:

9         IT IS ORDERED AND ADJUDGED that:

10             1.   Judgment be entered in favor of Roadway Express, Inc. N/K/A

11                  YRC Inc.; and

12             2.   Ron Cross takes nothing from Roadway Express, Inc. N/K/A YRC.

13

14   DATED: March 30, 2010                                           

                                       HONORABLE A. HOWARD MATZ

02786421.1